IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Rodney Kennedy )
SSN: ###-##-4728 )
Kesha Kennedy ) CASE NO.: 14-03133-TBB13
SSN: ###-##-3286 )
      Debtors. )

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW D. Sims Crawford, Chapter 13 Standing Trustee, and hereby objects to the following claim filed:

| CLAIM NO. | CLAIMANT | AMOUNT |
|---|---|---|
| 018 | ALTAIR OH XIII LLC | $6,437.00 |

Basis for Objection

☐ Name of Debtor should be inserted.
☐ Debtor(s)' case number should be inserted.
☐ Form not signed by creditor/attorney/agent.
☒ Other: This claim was filed on 04/03/2015, after the non-governmental bar date of 12/29/2014. This debt was listed in the Debtor's bankruptcy schedules. The Trustee moves this Court to disallow this claim as late-filed, or for such other relief as the Court deems appropriate.

/s/ D. Sims Crawford
D. Sims Crawford
Chapter 13 Standing Trustee
P.O. Box 10848
Birmingham, AL 35202
(205) 323-4631

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing objection on the following by electronic service or U.S. Mail; postage prepaid and properly addressed on April 8, 2015.

Daisy M Holder, Atty
Attorney for Debtor
holderesq@aol.com


Rodney Kennedy
Debtor
5857 Mcashan Ridge Road
Mccalla, Al 35111

Kesha Kennedy
Joint Debtor
5857 Mcashan Ridge Road
Mccalla, Al 35111


Altair OH XIII, LLC
C/o Weinstein And Riley Ps
2001 Western Avenue Ste 400
Seattle, Wa 98121

KC

                                      /s/ D. Sims Crawford
                                      TRUSTEE